IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIDGET SIMONDS | : | CIVIL ACTION |
| | : | NO. 13-7565 |
| v. | : | |
| | : | |
| DELAWARE COUNTY, et al. | : | |

**ORDER**

AND NOW, this 1st day of July, 2014, upon consideration of defendants' motion to dismiss plaintiff's amended complaint (Dkt. No. 10) and plaintiff's response (Dkt. No. 14), it is ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows. Defendants' motion is GRANTED to the extent that it seeks dismissal of: (a) plaintiff's claims in Count I of her amended complaint against defendant Kelly Mullan (incorrectly denominated as Kelly Mutian); (b) plaintiff's claims against defendants Delaware County and CEC in Count II of her amended complaint; and (c) plaintiff's claim for punitive damages. The foregoing claims are DISMISSED. Defendants' motion is DENIED in all other respects.

It is FURTHER ORDERED that, to the extent that she is able to allege facts sufficient to support her dismissed claims consistent with the accompanying memorandum of law, plaintiff may file an amended complaint on or before July 25, 2014.

                                                          *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR., J.